■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD MOODY, Appellant. [730 NYS2d 706] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered April 30, 1999, convicting defendant, after a nonjury trial, of robbery in the first degree, attempted robbery in the first degree (two counts), criminal possession of the weapon in the second and third degrees, and criminal possession of stolen property in the fifth degree, and sentencing him, as a second felony offender, to an aggregate term of 10 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Issues of credibility, including the weight to be given to minor inconsistencies in testimony and the absence of certain physical evidence, were properly considered by the trier of facts and there is no basis upon which to disturb its determinations (see, People v Gaimari, 176 NY 84, 94). Concur—Rosenberger, J. P., Mazzarelli, Ellerin, Saxe and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN RODRIGUEZ, Appellant. [730 NYS2d 434] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered on or about September 28, 1999, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Rosenberger, J. P., Mazzarelli, Ellerin, Saxe and Buckley, JJ.